# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3700

_____

Michael A. Dean; Pat Edmonds

*Plaintiffs - Appellants*

Jean P. Gibson

*Plaintiff*

v.

Supt. Michael Bowersox; Patricia Cornell; Don Roper; Ricky Fisher; Terrena Ballinger; Mike Kemna; Dwayne Kempker; Greg Hadley; Troy Wade; John Rogers; Waylon Wilson; Kenneth Leeder; LaDonna M. Buckner; Princess Fahnestock; Missouri Department of Corrections

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: January 27, 2015
Filed: February 2, 2015
[Unpublished]

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Dean and Pat Edmonds brought this 42 U.S.C. § 1983 action challenging, on First Amendment grounds, certain prison regulations related to magazines allowed in their institution. Following an earlier remand by this court, the district court[1] entered a summary judgment decision against Dean and Edmonds, and they appealed. Thereafter, this court ordered briefing regarding certain facial and as-applied challenges. Upon consideration of the parties' arguments in their briefs, and after careful de novo review of the record, see Mack v. Dillon, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (standard of review for summary judgment), we conclude that summary judgment was properly granted, see Thornburgh v. Abbott, 490 U.S. 401, 407-08, 418-19 (1989); Turner v. Safley, 482 U.S. 78, 89-91 (1987). Accordingly, we affirm the decision of the district court. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.